

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00807-CV

**IN RE D.L.S.W.**

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2017JUV00556
Honorable Daphne Previti Austin, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Because appellant is indigent, we do not assess costs of this appeal.

SIGNED June 19, 2019.

_____
Rebeca C. Martinez, Justice